**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF June 24, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------
| | |
|---|---|
| WD75181 | Larry Martin vs. State of Missouri |
| WD75844 | Marion M. Chapman vs. State of Missouri |
| WD76425 | Enrique Hernandez vs. State of Missouri |
| WD76492 | Grady Dortch vs. State of Missouri |
| WD76699 | Consuella Wright vs. State of Missouri |
| WD76877 | In The Interest Of: Z.M.L. vs. Juvenile Officer |
| WD76948 | Francine Reed vs. Dollar Mart Stores, Inc. and Division of Employment Security |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-----------------------------------------------------------------
| | |
|---|---|
| WD76259 | State of Missouri vs. Varnell Bradley |